UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00929-JWH |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT** |
| CODY HOLMES, | |
| Defendant. | Trial Date: 2/8/2027<br>Status Conference Date: 1/22/2027 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 2, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Therefore, for good cause shown, it is hereby **ORDERED** as follows:

1.   The trial in this matter is **CONTINUED** from January 5, 2026, to February 8, 2027.

2.   The time period of January 5, 2026, to February 8, 2027, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   The status conference in this matter is **CONTINUED** from December 19, 2025, to January 22, 2027.

2

4.   Defendant shall appear in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th St., Santa Ana, California on January 22, 2027, at 1:00 p.m. and on February 8, 2027, at 9:00 a.m.

5.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED.**

December 3, 2025
Date

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

3