UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. __2:25-cr-00929-JWH__                                    Date: __7/9/2026__

Present: The Honorable: __Stephanie S. Christensen, United States Magistrate Judge__

Interpreter __N/A__                                    Language __N/A__

| Teagan Snyder | CS 07/09/2026 | Monica Tait |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present  Released on Bond    Attorneys for Defendants:  ✔ Present  CJA

Cody Holmes                                    Michael Gregory Freedman

**Proceedings: Arraignment of**    ✔  **Assignment of Case**    **Appointment of Counsel**
**Defendant and/or**             **Initial Appearance**

* Defendant states true name is the name on the Superseding Indictment A.
* Defendant is arraigned under name on the Superseding Indictment A.
* Defendant acknowledges having read the Superseding Indictment A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.
* This case is assigned to Judge John W. Holcomb.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 2/8/2027 9:00 AM;
Status Conference: 1/22/2027 1:00 PM
* Government counsel provides trial estimate of 10 days.
* Judge Holcomb is located in 9D, Santa Ana - Ronald Reagan Federal Building and United States Courthouse,
411 West 4th Street, CA 92701-4516.

cc:    PSALA           PSAED           PSASA
       USMLA           USMED           USMSA       **Initial Appearance/Appointment of Counsel:** __00__  : __00__
       Statistics Clerk                Interpreter
       ✔ CJA Supervising Attorney      Fiscal          **Arraignment:** __00__  : __02__

                                                       **Initials of Deputy Clerk:** __TS by TRB__